STATE OF NEW JERSEY v. PERCY HARMON.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES LUKE TAYLOR.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BRYAN LEE REEVES.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARGARITE MAIORANO.

November 15, 1988.

Petition for certification denied.